**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**SOUTH BROWARD HOSPITAL DISTRICT
d/b/a
MEMORIAL HEALTHCARE SYSTEM,**

    **Plaintiff,**

vs.                        **CASE NO. 4:21-mc-00006-MW-MAF**

**ELAP SERVICES LLC,
et al.,**

    **Defendants.**
_____/

**ORDER DIRECTING PLAINTIFF TO PAY FILING FEE**

This Cause comes before the Court upon *sua sponte* review. Plaintiff initiated this case pursuant to Fed. R. Civ. P. 34(c) and 45(d)(2)(B)(i), by filing a motion to compel non-parties to produce documents in compliance with Rule 45 subpoenas issued by the United States District Court for the Southern District of Florida. ECF No. 1. On May 20, 2021, the Clerk advised Plaintiff to pay the $49 Miscellaneous Filing Fee as soon as possible. ECF No. 2. To date, the filing fee has not been paid. Accordingly, it is

    **ORDERED**:

Plaintiff shall pay the $49 Miscellaneous Filing Fee within 14 days, on or before, **June 22, 2021**. Failure to comply with Court orders may result in dismissal pursuant to Fed. R. Civ. P. 41(b) and N.D. Fla. Loc. R. 41.1.

**DONE AND ORDERED** on June 8, 2021.

s/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**
