**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**SOUTH BROWARD HOSPITAL DISTRICT
d/b/a
MEMORIAL HEALTHCARE SYSTEM,**

    **Plaintiff,**

vs.                                        **CASE NO. 4:21-mc-00006-MW-MAF**

**ELAP SERVICES LLC,
et al.,**

    **Defendants.**
_____/

**O R D E R**

This Cause comes before the Court upon the parties' "Joint Motion for Entry of Stipulated (Proposed) Order Regarding Plaintiff's Motion to Compel Multiplan, Inc. and Private Healthcare Systems, Inc. to Comply with Rule 45 Subpoenas." ECF No. 3. Plaintiff paid the $49 Miscellaneous Filing Fee. ECF No. 5. Plaintiff initiated this case as a motion to compel on May 10, 2021. ECF No. 1. Now, Plaintiff seeks to withdraw the motion to compel because the parties have been engaged in good-faith discussions; and Multiplan would be producing certain agreed upon documents by June 8, 2021. See ECF No. 3-1. That time has passed; and Plaintiff has not filed any further

motions to compel compliance with the Rule 45 subpoenas. Accordingly, it is

**ORDERED**

1. The joint motion, ECF No. 3, is **MOOT** and is, therefore, **DENIED**.

2. Plaintiff's motion to compel, ECF No. 1, is **DENIED** as **MOOT**.

3. Because the case is **MOOT**, the Clerk of Court is **DIRECTED** to administratively close the case.

**DONE AND ORDERED** on July 14, 2021.

                s/ Martin A. Fitzpatrick
                **MARTIN A. FITZPATRICK**
                **UNITED STATES MAGISTRATE JUDGE**